UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:   Gary Cooper ,
        Debtor

Chapter: 7
Case No: 24–11747
Judge Janet E. Bostwick

---

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that John O. Desmond, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:2/24/26

By the Court,

Janet E. Bostwick
U.S. Bankruptcy Judge